IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES D. KIR, | ) |
| | ) Civil Action No. 8:05CV360 |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER FOR EXTENSION |
| | ) TIME |
| ROBERT HOUSTON and | ) |
| ALBERTO GONZALEZ, | ) |
| | ) |
| | ) |
| Respondents. | ) |

Upon the Respondents' Motion for an Extension of Time in which to respond to Petitioner's Writ of Habeas Corpus (filing number 7),

**IT IS ORDERED** that the Respondents' motion is granted. The Respondents are granted until September 14, 2005, in which to respond to Petitioner's Writ of Habeas Corpus.

Dated: August 26, 2005.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge